# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13102

_____

PROPERTIES OF THE VILLAGES, INC.,

                                                                      Plaintiff-Appellee,

*versus*

FEDERAL TRADE COMMISSION,

                                                                      Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 5:24-cv-00316-TJC-PRL

_____

ORDER:

The motion to hold proceedings in abeyance pending the disposition of the Fifth Circuit appeal of Defendant-Appellant Federal Trade Commission ("Commission") in *Ryan, LLC v. Federal Trade Commission*, is DENIED.

Appellee's brief is due within thirty (30) days from the date of this order, with the appendix, if any, due seven (7) days from the filing of the brief.

/s/ Jill Pryor
UNITED STATES CIRCUIT JUDGE