# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13102

_____

PROPERTIES OF THE VILLAGES, INC.,

                                                Plaintiff-Appellee,

*versus*

FEDERAL TRADE COMMISSION,

                                                Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 5:24-cv-00316-TJC-PRL

_____

2            Order of the Court            24-13102

ORDER:

The motion of the Small Business Majority, John Roffino, and Daniella Emmer to intervene as Appellants is DENIED.


/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE